

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00523-CV

**IN RE** Michael **CAMERON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  September 28, 2016

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On August 16, 2016, relator Michael Cameron filed a petition for writ of mandamus and an emergency motion for temporary relief.  Relator complained that the trial court had not ordered all proceedings stayed pending the outcome of arbitration.  On August 31, 2016, real party in interest Rebecca Creek Distillery, LLC filed an advisory and response.  This court ordered the parties to supplement the mandamus record with evidence of any agreement.  On September 16, 2016, the real party in interest filed a letter memorializing the parties' agreement to stay the lawsuit pending the outcome of arbitration.  In the letter, the parties agree the petition for writ of mandamus is now moot.  Accordingly, this mandamus proceeding is dismissed as moot.  The temporary stay previously ordered by this court is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CI13043, styled *Rebecca Creek Distillery, LLC v. Michael Cameron*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.